# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Senior Airman GRANT C. BETTS
## United States Air Force

## ACM 38432

## 27 May 2014

Sentence adjudged 3 June 2013 by GCM convened at Hanscom Air Force Base, Massachusetts. Military Judge: Mark L. Allred (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 8 months, and reduction to E-1.

Appellate Counsel for the Appellant: Colonel Randall G. Snow.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

MARKSTEINER, MITCHELL, and WEBER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court